UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

HEATHER MICHELLE DUVAL  
6409 CALVARY WAY  
THOMASVILLE, NC  27360

CASE NO. 20-10381  
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-2118

DATE: 01/13/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN PARTNERS FCU<br>P O BOX 1198<br>REIDSVILLE, NC  27323 | $3,615.09<br>INT:  .00%<br>NAME ID: 21741<br>CLAIM #:  0002 | (U) UNSECURED<br><br>ACCT: 3064<br>COMMENT: |
| BETHANY MEDICAL CENTER<br>507 LINDSAY STREET<br>HIGH POINT, NC  27262 | $0.00<br>INT:  .00%<br>NAME ID: 36990<br>CLAIM #:  0003 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1190<br>COMMENT: |
| CAR CARE<br>P O BOX 960061<br>ORLANDO, FL  32896 | $0.00<br>INT:  .00%<br>NAME ID: 182005<br>CLAIM #:  0004 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3799<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,500.38<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0005 | (U) UNSECURED<br><br>ACCT: 3799<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,021.55<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 2219<br>COMMENT: |
| MEDICREDIT INC<br>P O BOX 1629<br>MARYLAND HEIGHTS, MO  63043-0629 | $0.00<br>INT:  .00%<br>NAME ID: 145380<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4009<br>COMMENT: |
| NOVANT HEALTH<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $665.25<br>INT:  .00%<br>NAME ID: 173897<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT: 2118<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $7,188.11<br>INT:  .00%<br>NAME ID: 162216<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 0514<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10381

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---:|---|---|---|
| PEEBLES<br>P O BOX 659465<br>SAN ANTONIO, TX 78265 | $0.00<br>INT: .00%<br>NAME ID: 6798<br>CLAIM #: 0011 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 2168<br>COMMENT: | |
| PORTFOLIO RECOVERY<br>P O BOX 41021<br>NORFOLK, VA 23541 | $0.00<br>INT: .00%<br>NAME ID: 172487<br>CLAIM #: 0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1261<br>COMMENT: | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $1,431.00<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 1494<br>COMMENT: 1120A | |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA 98083 | $289.67<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0006 | | (U) UNSECURED<br><br>ACCT: 2145<br>COMMENT: | |
| RANDOLPH HEALTH<br>P O BOX 650292<br>DALLAS, TX 75265 | $0.00<br>INT: .00%<br>NAME ID: 174435<br>CLAIM #: 0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 5132<br>COMMENT: | |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA 23541 | $1,748.33<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 7870<br>COMMENT: | |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC 27114 | $15,728.13<br>INT: 6.25%<br>NAME ID: 66723<br>CLAIM #: 0001 | | (V) VEHICLE-SECURED<br><br>ACCT: 5086<br>COMMENT: 17HOND | |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC 27114 | $6,500.00<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT: 1747<br>COMMENT: | |
| WAKEFIELD & ASSOCIATES<br>10800 E BETHANY DR<br>AURORA, CO 80014 | $0.00<br>INT: .00%<br>NAME ID: 180070<br>CLAIM #: 0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 5732<br>COMMENT: | |
| WELLS FARGO BANK NA<br>P O BOX 14487<br>DES MOINES, IA 50309 | $2,661.60<br>INT: .00%<br>NAME ID: 159695<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 9412<br>COMMENT: COD | |
| **TOTAL:** | **$42,349.11** | | | |
| WILLIAM E MATHERS ESQ<br>135 WORTH ST<br>ASHEBORO, NC 27203 | $3,810.00 | | ATTORNEY FEE | |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10381

                ANITA JO KINLAW TROXLER, TRUSTEE
                500 W FRIENDLY AVE STE 200
                P O BOX 1720
                GREENSBORO, NC  27402-1720

PAGE 3  -  CHAPTER 13 CASE NO. 20-10381

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>     Clerk, U.S. Bankruptcy Court
>     101 S. Edgeworth Street
>     P.O. Box 26100
>     Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/13/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice